GEORGE F. HINRICHS, INC., Appellant, *v.* THE CITY OF
NEW YORK et al., Respondents.

*New York city — municipal corporations — authority of commissioner of
public markets in city of New York to fix rentals for stands in public
market.*

Hinrichs, Inc., v. *City of New York*, 212 App. Div. 816, affirmed.
(Argued January 20, 1926; decided February 24, 1926.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered April 28, 1925, which unanimously
affirmed a judgment in favor of defendants entered upon
orders of Special Term granting motions by defendants
for judgment upon the pleadings.    Plaintiff, under permit
from the commissioner of public markets, was in posses-
sion of stands in West Washington Market, a public
market owned and operated by the city of New York.
In July, 1919, the commissioner of public markets, with-
out approval by the board of estimate and apportionment,
increased the rental for these stands as well as that for
the stands occupied by all other tenants of that market.
Plaintiff paid the increased rental and sued to recover the
sum so paid on the ground that approval of such increases
by the board of estimate and apportionment was required
by law and that the commissioner of public markets had
no authority to fix rentals.

*Bertram Boardman* and *Cyrus C. Miller* for appellant.
*George P. Nicholson,* Corporation Counsel (*John F.
O'Brien, John Lehman* and *Willard S. Allen* of counsel),
for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN,
CRANE and LEHMAN, JJ.    Absent: CARDOZO, J.